People v James (2023 NY Slip Op 06488)

People v James

2023 NY Slip Op 06488

Decided on December 19, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: December 19, 2023

Before: Kapnick, J.P., Kennedy, Pitt-Burke, Rosado, JJ. 

Ind. No. 1650/2017, 1064/2017, 2151/2018 Appeal No. 1254 Case No. 2019-03592 

[*1]The People of the State of New York, Respondent,
v
Eustace James, Defendant-Appellant. 

Twyla Carter, The Legal Aid Society, New York (Naila S. Siddiqui of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Amir H. Khedmati of counsel), for respondent.

Judgments, Supreme Court, Bronx County (Marsha Michael, J.), rendered May 1, 2019, as amended May 16, 2019, convicting defendant, upon his pleas of guilty, of manslaughter in the first degree, robbery in the second degree, and assault in the second degree, and sentencing him to an aggregate term of 20 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharges and fees imposed at sentencing on the manslaughter and robbery convictions, and otherwise affirmed. Defendant made a valid waiver of his right to appeal (see People v Thomas, 34 NY3d 545 [2019], cert denied 589 US —, 140 S Ct 2634 [2020]), which forecloses review of his excessive sentence claim. Regardless of the validity of the waiver of the right to appeal, we perceive no basis for reducing the sentence.
Based on our own interest of justice powers, we vacate the surcharges and fees imposed on defendant at sentencing on the manslaughter and robbery convictions (see People v Chirinos, 190 AD3d 434 [1st Dept 2021]). We note that the People do not oppose this relief. There is no basis for similar relief as to the assault conviction, because that crime was committed when defendant was over 21 years old. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: December 19, 2023